## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA THERESA CISNEROS- BELLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:15-cv-01698- JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 10) |

　　　　On June 6, 2016, Plaintiff filed a stipulation of the parties to extend time for Plaintiff to serve a confidential letter brief. (Doc. 10) Notably, the Administrative Record in the action was filed on March 30, 2016. (Doc. 9) Pursuant to the Court's Scheduling Order, Plaintiff's confidential letter brief should have been served no later than April 29, 2016. (*See* Doc. 5 at 2) (directing Plaintiff to serve a confidential brief "[w]ithin thirty (30) days after service of the administrative record). Evidentially, Plaintiff failed to serve the letter brief until June 3, 2016, and several days later filed the request for an extension of time from the Court. (*See* Doc.10 at 1)

　　　　Notably, the Scheduling Order allows for a single extension of time—of thirty days—by the stipulation of the parties. (Doc. 5 at 4) Even with the extension permitted by the Scheduling Order, Plaintiff's service of the confidential letter brief was untimely. Nevertheless, Defendant does not oppose the extension requested or object that the confidential letter brief was untimely.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is GRANTED nunc pro tunc;
2. Defendant SHALL serve a responsive brief on or before July 8, 2016; and
3. The parties are reminded of the obligation to comply with the deadlines imposed by the Scheduling Order; and
4. The parties are cautioned that no further extensions will be granted without the showing of exceptionally good cause.

IT IS SO ORDERED.

Dated: **June 9, 2016**                     /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE

2