UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA THERESA CISNEROS- BELLO,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:15-cv-01698- JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 19) |

On October 13 2016, Defendant filed a stipulation of the parties to extend time for Plaintiff to serve a confidential letter brief. (Doc. 19) Importantly, the Scheduling Order allows only for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 4), and this is the fourth extension sought in the action. (*See* Docs. 10, 13, 15) Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 4) Thus, the Court construes the stipulation of the parties to be a motion by Defendant for further modification of the Scheduling Order.

Significantly, the parties were previously cautioned that "no further extensions will be granted without the showing of exceptionally good cause." (Doc. 14 at 2) Here, Defendant's counsel, Timothy Bolin, asserts the extension is necessary because he "has been sick and out of the office intermittently in September 2016, and was required to attend several mandatory trainings for attorneys in the office in

September 2016." (Doc. 19 at 1)  In addition, Mr. Bolin reports that he had an "inordinately heavy caseload from September 2016 through October 2016." (*Id.*)  Therefore, he "respectfully requests this additional time to review the Administrative Record and to evaluate and respond to Plaintiff's arguments." (*Id.* at 2)

The Court finds Defendant fails to demonstrate "exceptionally good cause" for the extension of time in this matter.  Counsel has not provided sufficient information such that the Court is able to find he could not timely prepare an opening brief in the matter.  On the other hand, the Court recognizes Counsel's illness was clearly unplanned and impacted the ability to complete work in a timely fashion, and Plaintiff does not oppose the request.  (*See* Doc. 19)

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**;
2. Defendant SHALL serve a responsive brief no later than **October 31, 2016**;
3. The parties are advised that the Court contemplates that **no further extensions of time will be sought**; and
4. If Defendant fails to file the responsive brief in compliance with this deadline ordered by the Court, the matter will be decided without any input by Defendant.

IT IS SO ORDERED.

Dated:   **October 17, 2016**              **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE