UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA TERESA CISNEROS-BELLO, | ) | Case No.: 1:15-cv-01698- JLT |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME |
| v. | ) ) | (Doc. 25) |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

On July 14, 2017, Defendant filed a motion for an extension of time to respond to Plaintiff's motion for attorney's fees under the Equal Access to Justice Act. (Doc. 25) Defendant asserts the parties have exchanged offers, and seeks the extension "further meet and confer with Plaintiff's counsel regarding his request for attorney fees." (*Id.* at 2)  Good cause appearing, the Court **ORDERS**:

1. Defendant's motion for an extension of time is **GRANTED**; and
2. Defendant SHALL file a response to the motion no later than **July 28, 2017**.

IT IS SO ORDERED.

Dated:   **July 18, 2017**                    **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.