# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA CISNEROS-BELLO,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:15-cv-01698 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES UNDER TO THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO THE TERMS OF THE PARTIES' STIPULATION<br><br>ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION FOR FEES (Doc. 24) |

On July 26, 2017, Maria Teresa Cisneros-Bello and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 27) The filing of this stipulation moots the motion for fees previously filed by Plaintiff. (Doc. 24) Accordingly, the Court **ORDERS**:

1. Subject to the terms of the parties' stipulation, Plaintiff Maria Teresa Cisneros-Bello is **AWARDED** fees in the total amount of $**3,400**; and
2. Plaintiff's motion for attorney fees (Doc. 24) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated: __**July 27, 2017**__                    __/s/ Jennifer L. Thurston__
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.